UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:21 CR 82-PPS/APR |
| ) | |
| FRANCISCO ALEMAN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to defendant Francisco Aleman's agreement to enter a plea of guilty to Count 1 of the information pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 2, 7.] Following a hearing on the record on July 20, 2021 [DE 7], Judge Rodovich found that defendant understands the charge, his rights, and the maximum penalty; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty to Count 1 of the information charging him with wire fraud, in violation of 18 U.S.C. § 1343. Judge Rodovich recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Rodovich's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Francisco Aleman's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 7] in their entirety.

Defendant Francisco Aleman is adjudged GUILTY of Count 1 of the information.

The sentencing hearing is SET for December 3, 2021 at 1:00 p.m. Hammond/Central time.

ENTERED: August 4, 2021.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT